772 A.2d 910

IN THE MATTER OF KENNETH VAN
RYE, AN ATTORNEY AT LAW

May 23, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–129 concluding that **KENNETH VAN RYE** of **ELMWOOD PARK**, who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **KENNETH VAN RYE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective June 20, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.